# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 10, 2025
Lyle W. Cayce
Clerk

No. 24-20386

---

In the Matter of National CineMedia, L.L.C.

*Debtor*,

Cinemark Media Incorporated; Cinemark USA, Incorporated,

*Appellants*,

*versus*

National CineMedia, L.L.C.,

*Appellee*,

_____

In the Matter of National CineMedia, L.L.C.

*Debtor*,

Cinemark USA, Incorporated,

*Appellant*,

*versus*

National CineMedia, L.L.C.,

No. 24-20386

*Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-2414
USDC No. 4:23-CV-2485

---

Before JONES, SOUTHWICK, and OLDHAM, *Circuit Judges.*

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.